IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BILLY EARL, | : | |
|     Plaintiff | : | CIVIL ACTION 1:18-cv-08279 |
| | : | |
| v. | : | Honorable Charles P. Kocoras |
| | : | Hon. Magistrate Judge |
| JEWEL FOOD STORES, INC, and | : | Sheila M. Finnegan |
| HIGHWAY DRIVERS, DOCKMEN, | : | |
| SPOTTERS, RAMPMEN, MEAT | : | |
| PACKING HOUSE, AND ALLIED | : | |
| PRODUCTS DRIVERS AND | : | |
| HELPERS, OFFICE WORKERS, | : | |
| AND MISCELLANEOUS | : | |
| EMPLOYEES, LOCAL UNION | : | |
| NO. 710, | : | |
|     Defendants | : | |

**DEFENDANT HIGHWAY DRIVERS, DOCKMEN, SPOTTERS, RAMPMEN, MEAT PACKING HOUSE, AND ALLIED PRODUCTS DRIVERS AND HELPERS, OFFICE WORKERS AND MISCELLANEOUS EMPLOYEES, LOCAL UNION NO. 710'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT FEDERAL RULE OF CIVIL PROCEDURE 12(c)**

NOW COMES Defendant Highway Drivers, Dockmen, Spotters, Rampmen, Meat Packing House, and Allied Products Drivers and Helpers, Office Workers and Miscellaneous Employees, Local Union No. 710 ("Local 710"), by through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings, to dismiss with prejudice Counts I, III  IV, VII, and IX of the amended complaint filed by Plaintiff Billy Earl ("Plaintiff") for failure to state a claim for which relief may be granted.  In support of this motion, Local 710 avers as follows:

    1.    In his amended complaint, Plaintiff asserts claims against Local 710 for (a) breach of the duty of fair representation under Section 301 of the Labor Management and Relations Act

("LMRA"), 29 U.S.C. § 185, et seq., (Count I); (b) race discrimination and retaliation under 42 U.S.C. § 1981 (Counts III and IV); (c) race discrimination and retaliation under 42 U.S.C. §§ 2000e, et seq. (Counts VII and IX). *Dkt. No. 35, Amended Complaint.*

2. Plaintiff's claims arise from his prior employment with Defendant Jewel Food Stores, Inc. ("Jewel") and his membership in Local 710's bargaining unit.

3. Local 710 and Jewel are parties to a collective bargaining agreement ("CBA") which provides, among other things, an Attendance Policy which states that an employee shall be discharged for failing twice within twelve months to call-in an absence from work.

4. Jewel terminated Plaintiff's employment for failing twice in less than twelve months to call-in his absence. The Local grieved and arbitrated Plaintiff's termination.

5. In his amended complaint, Plaintiff claims that the Local (a) failed to pursue discrimination claims he allegedly submitted to Local 710; (b) inadequately investigated his termination grievance; (c) failed to present sufficient testimonial and documentary evidence at his arbitration hearing thereby causing the arbitrator to deny the grievance; and, (d) failed to advocate or assist Plaintiff with re-hire to his prior position at Jewel or a substantially-similar position.

6. Plaintiff claims that the Local's conduct was racially motivated and retaliatory because he brought discrimination complaints to Local 710's attention, and because he filed discrimination and retaliation complaints against the Local.

7. In his amended complaint, Plaintiff references the grievances he has filed, cites to documents he believes should have been submitted at the arbitration hearing, claims that the arbitration award, which the Local provided to him, was decided incorrectly, that some of the testimony referenced in the arbitration award is incorrect, and claims that the Local, who

arbitrated the termination grievance filed on his behalf, failed to advocate for him or otherwise assist him in getting re-hired by Jewel.

8. Federal Rule of Civil Procedure 12(c) provides: "After the pleadings are closed but within such time as not to delay the trial, any party may move for judgment on the pleadings." By order issued April 9, 2019, the Court directed the Local to file its motion by May 3, 2019. *Dkt. No. 34.*

9. The facts, arguments and authorities in support of this motion are sent forth in Local 710's memorandum of law, which is being filed contemporaneously with this motion, along with Local 710's answer to the amended complaint and its attachments, all of which are incorporated by reference into this motion as though fully set forth herein.

WHEREFORE, Defendant Local 710 respectfully requests the Court to grant its motion for judgment on the pleadings and dismiss Counts I, III, IV, VII, and IX of the amended complaint with prejudice, and to grant to it any such relief the Court deems just and appropriate.

          Respectfully submitted,

          WILLIG, WILLIAMS & DAVIDSON

          /s/ Linda M. Martin
          LINDA M. MARTIN, ESQUIRE
          1845 Walnut Street, 24th Floor
          Philadelphia, PA 19103
          Office: (215) 656-3665
          Facsimile: (215) 561-5135
          Email: lmartin@wwdlaw.com

          *Counsel to Teamsters Local 710*

Dated: May 3, 2019