IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BILLY EARL | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | No. 18-cv-8279 |
|    v. | ) | |
| | ) | |
| JEWEL FOOD STORES, INC., and | ) | Jury Trial Demanded |
| HIGHWAY DRIVERS, DOCKMEN, | ) | |
| SPOTTERS, RAMPMEN, MEAT, | ) | The Honorable Judge Charles P. Kocoras |
| PACKING HOUSE, AND ALLIED | ) | |
| PRODUCTS DRIVERS AND | ) | |
| HELPERS, OFFICE WORKERS AND | ) | |
| MISCELLANEOUS EMPLOYEES | ) | |
| LOCAL UNION NO. 710 | ) | |
| | ) | |
|    *Defendants*. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED RESPONSE TO JEWEL'S MOTION TO RECONSIDER [203]**

Plaintiff, Billy Earl ("Mr. Earl"), through counsel, respectfully moves this Honorable Court for an order granting him leave to file a corrected response to Jewel's motion to reconsider [203]. In support of this motion, Plaintiff states as follows:

1. On November 23, 2022, Jewel filed its motion to reconsider. (Doc. 203).

2. The same day, Plaintiff filed a response in opposition to the motion, and a supplement. (Doc. 204, 205).

3. On November 28, 2022, the Court entered an order granting Plaintiff up to December 12, 2022 to file a response to Jewel's motion. (Doc. 206). The Court vacated the order shortly after. (Doc. 207).

4. Plaintiff rushed his response to avoid the Court ruling on Jewel's motion without the benefit of his position and arguments and did not have an opportunity to carefully examine the record prior to filing.

1

5. After carefully examining the record, Plaintiff has discovered that, despite Jewel's belated need to rely on a third party witness, Jewel actually admitted on its answer to the operative complaint that it – not a third party – was the COBRA plan administrator. (Doc. 89, ¶106)(Jewel admits the allegations in Paragraph 106, which states "During Earl's employment, Jewel sponsored and administered a group health insurance plan. Earl participated in the group health insurance plan at all relevant times to obtain health insurance for himself and his dependents.")). Jewel failed to disclose this fact on its motion to reconsider. Plaintiff has refined his response based on this and other facts on the record.

6. Plaintiff has consolidated his response into a single document, a copy of which is attached as Exhibit 1.

7. Granting Plaintiff's motion will not prejudice Jewel or the Court. As indicated above, the Court had granted Plaintiff up to December 12, 2022, and did not permit Jewel to file a reply. Jewel was not filed a reply.

WHEREFORE, Plaintiff, Billy Earl, respectfully prays that this Honorable Court grant this motion and enter an order:

A. Granting him leave to file a corrected response to Jewel's motion to reconsider that is attached to this motion.

B. Granting any further and appropriate relief that is appropriate under the circumstances.

Respectfully submitted

By:/s/ Eric Onyango
Eric Onyango
Prime Legal, LLC
222 North Columbus Drive, #1507
Chicago, IL 60601
Counsel for Plaintiff